UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. CR 22-21 SRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAWRENCE NEBA ABANGE,

Defendant.

INFORMATION

15 U.S.C. § 645(a)

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(False Statements to the Small Business Administration)

On or about July 19, 2020, in the State and District of Minnesota, the defendant,

**Lawrence Neba Abange,**

did knowingly make false statements to the Small Business Administration for the purpose of obtaining money and things of value, to wit, an Economic Injury Disaster Loan, in violation of Title 15, United States Code, Section 645(a).

Dated: 2/8/2022

CHARLES J. KOVATS, JR.
Acting United States Attorney

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney
Attorney ID No. 0396420

SCANNED
FEB 0 8 2022
U.S. DISTRICT COURT MPLS